**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| Nicole Deneece Lockhart, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-244-E |
| | § | |
| Commissioner, Social Security Administration, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

**<u>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE</u>**

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 26, 2026 (ECF No. 25). Plaintiff Lockhart filed objections. (ECF No. 26). The Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted and the Social Security Administrator's decision is **AFFIRMED.** The Clerk of Court is hereby directed to close the case.

*(signature page follows)*

**SO ORDERED.**

20th day of March, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE